Peritz, Deborah Kay
104 Forrester Ave
Belmont, NC  28012-3884

Bank Of America Visa
PO Box 1758
Newark, NJ  07101

Spiegel
PO Box 659705
San Antonio, TX  78265-9705

Geoffrey A. Planer
Attorney at Law
PO Box 1596
Gastonia, NC  28053-1596

Capital One Mastercard
PO Box 70884
Charlotte, NC  28272-0884

Wells Fargo
2501 Seaport Dr Ste BH300
Chester, PA  19013-2241

Gaston Co. Tax Collector
PO Box 1578
Gastonia, NC  28053-1578

Capital One Visa
PO Box 70884
Charlotte, NC  28272-0884

Wells Fargo
PO Box 98784
Las Vegas, NV  89193-8784

NC Dept Of Revenue
5111 Nations Crossing Rd Bldg 8
Charlotte, NC  28217-2108

Citifinancial
PO Box 6931
The Lakes, NV  88901-6931

Wells Fargo Visa
PO Box 5943
Sioux Falls, SD  57117-5943

N.C. Dept. Of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC  27602-1168

Dr. Donald Renoldo
Carolina Retina & Vitreous Consultants
1718 E 4th St Ste 908
Charlotte, NC  28204-3281

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

GMAC Mortgage
PO Box 9001719
Louisville, KY  40290-1719

US Attorneys Office
Suite 1700, Carillon Bldg.
227 W. Trade Street
Charlotte, NC  28202

NCO Financial Systems
PO Box 105236
Atlanta, GA  30348-5236

US Bankruptcy Administrator
Western District Of NC
402 W. Trade St., Ste. 200
Charlotte, NC  28202

NCO Financial Systems
PO Box 4907
Trenton, NJ  08650-4907

Mr. Warren L. Tadlock
Standing Trustee
PO Box 30097
Charlotte, NC  28230-0097

Option One Mortgage
Building 200, Suite 102
4600 Touchton Rd E
Jacksonville, FL  32246-8299

Arrow Financial Services
5996 W Touhy Ave
Niles, IL  60714-4610

Sam's Club
PO Box 530942
Atlanta, GA  30353-0942